IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01401-RPM-CBS

WILLIAM V. SHARKEY,

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY,
a member of Citigroup, and the
Automobile Insurance Company of Hartford,

      Defendants.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter having come before the Court on the Joint Stipulated Motion for Dismissal with Prejudice, filed June 16, 2006 (Doc. 29), and the Court being fully advised, it is

ORDERED that the Joint Stipulated Motion (Doc. 29) is granted and this civil action is dismissed with prejudice as to all claims asserted herein, each party to bear its own costs and expenses.

DATED: June 19th, 2006

                                                  BY THE COURT:

                                                  s/ Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge